# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Judith Andrews Sheppard | : | |
| | : | |
| Debtor | : | Bankruptcy No : 17-18194-mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order date 12/5/17 , this case is hereby DISMISSED.

Dated: January 8, 2018

Judge Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents: Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Means Test Calculation Form 122A-2
Schedule A/B
Schedule C
Schedule D
Schedule E/F
Schedule H
Schedule
Schedule J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)