*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Judith Andrews Sheppard
    Debtor(s)

Case No: 17–18194–mdc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion to Vacate Order Dismissing Case for Failure to File Documents

    on: 2/7/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/11/18

Timothy B. McGrath
Clerk of Court

29 – 27
Form 167