UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Judith Andrews Sheppard, | : | |
| Debtor. | : | Bankruptcy No.  17-18194–MDC |

# **ORDER**

**AND NOW**, on January 11, 2018, Judith Andrews Sheppard (the "Debtor") having filed a Motion to Vacate Order Dismissing Case for Failure to File Documents.[1]

**AND**, on January 29, 2018, the Debtor having filed an Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (the "Emergency Motion").[2]

**AND**, a hearing having been held on the Emergency Motion on January 30, 2018.

It is hereby **ORDERED** that the Emergency Motion is **DENIED** for the reasons stated on the record.

Dated: 1/30/18

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] Bankr. Docket No. 27.
[2] Bankr. Docket No. 32.