United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-18194-mdc
Judith Andrews Sheppard                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen          Page 1 of 1          Date Rcvd: Jan 30, 2018
                              Form ID: 167          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
```
db              +Judith Andrews Sheppard,    2256 Washington Lane,    Huntingdon Valley, PA 19006-5826
14037575       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO BOX 982238,    El Paso TX 79998)
14024069        +Bank of America,    National Association,    4804 Deer Lake Drive East,
                  Jacksonville FL 32246-6484
14024072         Chase/Bank One Card Services,    P.O. Box 15298,    Wilmington DE 19850-5298
14024071        +JH Portfolio Debt Equities,    5757 Phantom Drive,    Suite 300,    Hazelwood MO 63042-2429
14037577        +JH Portfolio Det Equities,    5757 Phantom Drive,    Suite 300,    Hazelwood MO 63042-2429
14024070        +PHH Mortgage Corporation,    Servicer for Bank America,    National Association,
                  4001 Leadenhall Road,    Mt. Laurel NJ 08054-4611
14037578        +Pennero Associates,    PO BOX 3003,    Phoenixville PA 19460-0918
14037579        +Phelan Hallihan Diamond and Jones,    1617 JFK Blvd,    Suitge 1400,    One Penn Center Plaza,
                  Philadelphia PA 19103-1823
14037580        +Stevens and Lee,    620 Freedom Business Center,    Suite 200,    King of Prussia PA 19406-1330
14024067        +U.S. Bank National Association,    As Trustee for GSR Mortgage,    c/o Mario J. Hanyon, Esquire,
                  1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,    Phila., PA 19103-1823
14037574        +US Bank National Association,    Trustee for GSR Mortgage,    Loan Trust 2005-AR4,
                  3476 Stateview Blvd,    Fort Mill SC 29715-7203
14024068        +Wells Fargo Bank, N.A.,    Servicer for,    U.S. Bank National Association,
                  420 Montgomery Street,    San Francisco CA 94163-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14037576        +E-mail/Text: kzoepfel@credit-control.com Jan 31 2018 01:46:35      Credit Control LLC,
                  5757 Phantom Drive,    Suite 300,    Hazelwood MO 63042-2429
                                                                                              TOTAL: 1
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
```
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
              JEROME B. BLANK    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Judith Andrews Sheppard
    Debtor(s)

Case No: 17–18194–mdc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Debtor's <b>EMERGENCY</b> Motion for Temporary Restraining Order and Preliminary Injunction Filed by Judith Andrews Sheppard Represented by Self/ Debtor Judith Andrews Sheppard

    on: 1/30/18

    at: 11:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/30/18

Timothy B. McGrath
Clerk of Court